1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, JARED POMA

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | CASE NO.  6:15-mj-00001-MJS |
12 | Plaintiff, | |
13 | v. | **STIPULATION TO CONTINUE CHANGE OF PLEA / SENTENCING HEARING TO JULY 28, 2015;  ORDER THEREON** |
14 | JARED POMA, | |
15 | Defendant. | |

16

17    **IT IS HEREBY STIPULATED** by and between the Defendant, JARED POMA, his

18 attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that the Change of Plea in the above-captioned matter currently

20 scheduled for June 30, 2015, at 10:00 a.m. be continued until July 28, 2015 at 10:00 a.m.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

Defense counsel needs additional time for further investigation and analysis of reports in preparation of sentencing.

Dated: June 26, 2015                                /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
                                                    Attorney for Defendant,
                                                    JARED POMA


Dated: June 26, 2015                                /s/ Matthew McNease
                                                    MATTHEW McNEASE
                                                    Acting Legal Officer
                                                    National Park Service


ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Change of Plea / Sentencing for Jared Poma currently scheduled for June 30, 2015, at 10:00 a.m. shall be continued to July 28, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 26, 2015                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE