Susan St. Vincent
Acting Legal Officer
Kayleigh Birks
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED SETH THORTON POMA,<br><br>Defendant. | No. 6:15-mj-001-MJS<br><br>STIPULATION TO CONTIUE REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Kayleigh Birks, legal intern for the National Park Service, and Defendant Jared Seth Thorton Poma, by and through his attorney of record, Carol Ann Moses, that the Review Hearing in the above-captioned matter set for July 19, 2016 shall be continued to June 27, 2017 at 10:00 a.m. To date, Poma has complied with the terms of probation.

Dated: July 18, 2016         /S/ Kayleigh Birks_____
                             Kayleigh Birks
                             Legal Intern
                             Yosemite National Park


Dated:                        /S/ Carol A. Moses_____
                             Carol A. Moses
                             Attorney for Defendant
                             Jared Seth Thorton Poma

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the July 19, 2016, Review Hearing for *U.S. v. Poma*, case number 6:15-mj-001-MJS, is hereby continued to June 27, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 18, 2016          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE