1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
3  Fresno, California  93720
   Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, JARED POMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00001-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE JUNE 27, 2017 REVIEW HEARING;** |
| v. | **ORDER** |
| JARED POMA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, JARED POMA, his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, ARMIN NAJAFI, that the Review Hearing in the above captioned matter currently scheduled for Tuesday, June 27, 2017, be vacated.  Additionally, the parties request that a final review hearing be set to occur no later than the week of June 25, 2018.

On July 28, 2015, the Court sentenced Mr. Poma to thirty-six months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law.  He was also ordered to pay a $30.00 special assessment, complete 240 hours of community service, and submit to post-plea booking.  Additionally, Mr. Poma was sentenced to 30 days of suspended custody.

To date, Mr. Poma has completed 160 hours of community service, proof of which has been filed with the court. Mr. Poma has also paid his $30 special assessment and has had no new law violations. He submitted to post-plea booking.

Accordingly, Mr. Poma is currently in compliance with all conditions of his probation and he hereby requests that his June 27, 2017, review hearing be vacated and that a final review hearing be set no later than the week of June 25, 2018. Mr. Poma remains on unsupervised probation until July 27, 2018.

Dated: June 21, 2017 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JARED POMA

Dated: June 21, 2017 /s/ Armin Najafi
ARMIN NAJAFI
Acting Legal Officer
National Park Service

## ORDER

The Court, having reviewed and approved the above Stipulation HEREBY ORDERS that the June 27, 2017 Review Hearing for Jared Poma in CASE NO. 6:15-mj-00001-MJS be vacated. The Court sets a final review hearing for 10:00 AM June 26, 2018.

IT IS SO ORDERED.

Dated: June 22, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE