**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
JARED POMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:15-mj-00001-MJS-2 |
| Plaintiff, | |
| v. | **STIPULATION TO TERMINATE PROBATION EARLY;** |
| JARED POMA, | **ORDER THEREON** |
| Defendant. | |

  The Defendant Jared Poma, by and through his attorney Carol Moses and the Legal Officer for the National Park Service, hereby stipulate to an early termination of probation in the above referenced matter.

  Early termination of probation is based on Mr. Poma having completed all the terms and conditions of probation previously ordered by this Court. Additionally the Co-Defendant John Lucas was granted early termination of probation and in the interests of consistency of court orders, it is appropriate for the Court to grant this motion for early termination of probation, as Mr. Poma has satisfied all court orders imposed upon him.

  On July 28, 2015 Mr. Poma entered a guilty plea to counts One, Five and Seven of an

1

Eight Count Criminal Complaint. Sentencing was immediate and Mr. Poma was ordered to serve 36 months on Unsupervised Probation. He was to pay $30 as a penalty assessment and ordered to complete 240 hours of community service at the rate of 80 hours annually. Mr. Poma was ordered to file annual proof of community service hours completed with the Court and also ordered to obey all laws, report any new law violations to the court through counsel and to serve 30 days custody which was suspended for the duration of probation.

Mr. Poma satisfied all terms and conditions of his probation and finished his community service hours over four and one-half months before due to be completed. Mr. Poma paid his mandatory statutory assessment fee and has otherwise satisfied all terms and conditions of his probation.

Probation is to terminate July 28, 2018 unless the court agrees with the early termination stipulation by the Parties. Granting early termination for Mr. Poma serves the interests of justice.

Probation for Co-Defendant John Lucas was terminated early.

Dated: May 29, 2018 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JARED POMA

Dated: May 29, 2018 /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Representative for the
NATIONAL PARK SERVICE

ORDER

Based on the parties' joint representation that Mr. Poma has complied with the conditions of his probation, the court modifies the conditions of his probation as follows: (1) the July 28, 2018 surrender date is vacated and (2) the 30-day custodial sentence is removed. Mr. Poma's review hearing, previously set for June 26, 2018, is vacated.

Probation is terminated as of the date of this order.

IT IS SO ORDERED.

Dated: May 30, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE